UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: CAMDEN

OCTOBER 12, 2023
DATE OF PROCEEDING

JUDGE NOEL L. HILLMAN

COURT REPORTER: Ann Marie Mitchell          Docket # CR 14-152 -01 (NLH)
TITLE OF CASE:

UNITED STATES OF AMERICA
        vs.

ROBERT SMITH-01
    DEFENDANT PRESENT

APPEARANCE:
Molly S. Lorber, AUSA for Government.
Floyd J. Miller, Esq. for Defendant.
Justin T. Loughry, Esq. for Defendant, video appearance.

NATURE OF PROCEEDINGS:          MOTION HEARING
Hearing on Defendant's [238] MOTION to Compel, [244] First MOTION to Seal Reply, [254] MOTION to Compel;
Ordered [238] Motion is Granted, [244] Motion is Denied.
Order further briefing to be submitted by counsel re: [254] Motion.
Briefing schedule and Order to be submitted by Government.
Hearing to be scheduled at a date and time set by the court.

Time commenced: 11:16 a.m. Time Adjourned: 2:15 p.m.   Total Time: 2 hrs., 59 min.

                                      s/GN, Deputy Clerk