UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-4301
_____

UNITED STATES OF AMERICA

v.

ROBERT SMITH,
a/k/a "B", a/k/a "Born"

Robert Smith,
Appellant
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Criminal No. 1-14-cr-00152-001)
District Judge: Honorable Noel L. Hillman
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
October 23, 2017

Before:  NYGAARD and FISHER, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on October 23, 2017.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered November 30, 2016, be and the same is hereby AFFIRMED IN PART, VACATED and REMANDED IN PART.  All of the above in accordance with the Opinion of this Court.

Costs shall not be taxed.

ATTEST:


s/ Patricia S. Dodszuweit
Clerk

Dated: December 20, 2023